MARIA C. RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
ELVIRA R. KRAS (SBN 320390)
ekras@mwe.com
ARIEL BEVERLY (SBN 324656)
abeverly@mwe.com
CLAIRE M. HAGAN (SBN 357561)
chagan@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:  +1 310 277 4110
Facsimile:   +1 310 277 4730

Attorneys for Specially Appearing Defendants
MRB2024, LLC AND OFF ONE'S BASE, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTESTANT 1, a California resident, CONTESTANT 2, a California resident, CONTESTANT 3, a California resident, CONTESTANT 4, a California resident, CONTESTANT 5, a United States resident, CONTESTANT 6, a United States resident, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MRB2024, LLC, a North Carolina Limited Liability Company; OFF ONE'S BASE, LLC, a, North Carolina Limited Liability Company; AMAZON ALTERNATIVE LLC, a California Limited Liability Company; MYSTICART PICTURES, LLC and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. **2:25-cv-03051-CV-KES**<br><br>**SPECIALLY APPEARING DEFENDANTS MRB2024, LLC AND OFF ONE'S BASE, LLC'S NOTICE OF MOTION TO DISMISS**<br><br>*[Filed concurrently with (1) Motion to Dismiss (2) Declaration of Damien Atkins, (3) Declaration of Elvira R. Kras, and (4) [Proposed] Order]*<br><br>Date:     July 18, 2025<br>Time:     1:30 p.m.<br>Ctrm:     5D |

NOTICE OF MOTION TO DISMISS

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that on July 18, 2025, or as soon thereafter as this matter may be heard in Courtroom 5D of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, California 90012, the Honorable Cynthia Valenzuela presiding, Specially Appearing Defendants MrB2024, LLC ("**MrB2024**") and Off One's Base, LLC ("**Off One's Base**") (together, "**Specially Appearing Defendants**" or "**Defendants**") will and hereby do move this Court under Rule 12 of the Federal Rules of Civil Procedure for an order dismissing Specially Appearing Defendants for lack of personal jurisdiction and dismissing with prejudice the following claims: (1) Failure to Pay Minimum Wages; (2) Liquidated Damages for Failure to Pay Minimum Wages; (3) Failure to Pay Overtime; (4) Sexual Harassment; (5) Failure to Prevent Harassment; (6) Failure to Provide Uninterrupted Meal Breaks; (7) Failure to Provide Uninterrupted Rest Breaks; (8) Failure to Pay Wages Properly Upon Termination; (9) Failure to Provide Accurate and Itemized Wage Statements; (10) Failure to Provide Reasonable accommodations; (11) Unfair Business Practices; (12) Unfair Business Practices; (13) Unfair Business Practices; (14) Breach of Contract; (15) Breach of Implied Contract; (16) Breach of Implied Covenant of Good Faith and Fair Dealing; and (17) Declaratory Relief.

This Motion is made on the grounds that the causes of action asserted in the Second Amended Complaint ("**SAC**") do not relate to any activity of the Specially Appearing Defendants in California, the Specially Appearing Defendants do not have the requisite minimum contacts with California to support any constitutionally cognizable basis for a California court to exert jurisdiction over them, and that Plaintiffs fail to state a claim as to all of their claims because none of the alleged conduct took place in California and they otherwise fail to meet the pleading requirements to state a claim.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declarations of Damien Atkins and Elvira R. Kras filed herewith, and such further evidence and argument as may be presented at or before the hearing on this matter.

This Motion is made following the conference of counsel that took place on May 6, 2025 in compliance with L.R. 7-3.

Dated: May 14, 2025

Respectfully submitted,
**MCDERMOTT WILL & EMERY LLP**

By: */s/ Maria C. Rodriguez*
MARIA C. RODRIGUEZ
ELVIRA R. KRAS
ARIEL BEVERLY
CLAIRE M. HAGAN
Attorneys for Specially Appearing Defendants
MRB2024, LLC AND OFF ONE'S BASE, LLC