MARIA C. RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
ELVIRA R. KRAS (SBN 320390)
ekras@mwe.com
ARIEL BEVERLY (SBN 324656)
abeverly@mwe.com
CLAIRE M. HAGAN (SBN 357561)
chagan@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:  +1 310 277 4110
Facsimile:   +1 310 277 4730

Attorneys for Specially Appearing Defendants
MRB2024, LLC AND OFF ONE'S BASE, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTESTANT 1, a California resident, CONTESTANT 2, a California resident, CONTESTANT 3, a California resident, CONTESTANT 4, a California resident, CONTESTANT 5, a United States resident, CONTESTANT 6, a United States resident, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MRB2024, LLC, a North Carolina Limited Liability Company; OFF ONE'S BASE, LLC, a, North Carolina Limited Liability Company; AMAZON ALTERNATIVE LLC, a California Limited Liability Company; MYSTICART PICTURES, LLC and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. **2:25-cv-03051-CV-KES**<br><br>**DECLARATION OF DAMIEN ATKINS IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS MRB2024, LLC AND OFF ONE'S BASE, LLC'S MOTION TO DISMISS**<br><br>*[Filed concurrently with (1) Notice of Motion, (2) Motion to Dismiss, (3) Declaration of Elvira R. Kras, and (4) [Proposed] Order]* |

DECLARATION OF DAMIEN ATKINS

# DECLARATION OF DAMIEN ATKINS

I, Damien Atkins, declare as follows:

1. I am the general counsel of Beast Industries f/k/a BBurger 1456 & Co. ("**Beast Industries**") and its affiliated companies, including MrB2024, LLC ("**MrB2024**") and Off One's Base, LLC ("**Off One's Base**"). I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently thereto.

2. MrB2024 and Off One's Base are limited liability companies organized under the laws of North Carolina.

3. MrB2024 and Off One's Base have their headquarters and principal places of business in Greenville, North Carolina. Off One's Base and MrB2024's respective managers direct, control, and coordinate the activities of each entity's activities from North Carolina. The respective managers of each entity reside in North Carolina, make high-level decisions regarding the entities in North Carolina, and direct finance and accounting functions from North Carolina.

4. MrB2024 and Off One's Base have not had and do not have any employees, officers, or agents who transact business in California on their behalf. MrB2024 and Off One's Base have not had and do not have any offices, facilities, telephone listings, or mailing addresses in California, and have not engaged in any direct advertising or sale of products to residents of California.

5. MrB2024 and Off One's Base have not organized or conducted any contests in California.

6. MrB2024 and Off One's Base have no real property, personal property, or bank accounts in California.

7. MrB2024 and Off One's Base do not pay taxes and are not required to pay taxes in the State of California.

8. Plaintiffs are not and have never been employed by either MrB2024 or Off One's Base.

Docusign Envelope ID: 99BFE8BF-59C8-43E6-890A-C25B57265594
Case 2:25-cv-03051-CV-MBK    Document 20-2    Filed 05/14/25    Page 3 of 5    Page ID #:442

9. Off One's Base and MrB2024 respective managers executed the Beast Games Agreement on behalf of the North Carolina entities. Attached as **Exhibit A** is the true and correct copy of the Beast Games Agreement.

10. MrB2024 and Off One's Base organized, promoted and conducted skills contests, consisting of the Qualifying Games and Beast Games contests. The Qualifying Games occurred entirely in Nevada, and the Beast Games contest occurred exclusively in Canada and Panama.

11. MrB2024 and Off One's Base contracted with several vendors, including MysticArt Pictures, Sullivan Compliance Company, post-production supervisors, and Revolution Entertainment Services (collectively, "**Third-Party Businesses**") to provide services in support of the Qualifying Games and Beast Games contests, including verification of contestant eligibility nationwide via the internet and contest compliance and logistical on the ground support in Nevada, Canada and Panama. MrB2024 and Off One's Base did not direct the Third-Party Businesses to take action in California, nor were the actions of the Third-Party Businesses aimed at California.

12. Beast Industries affiliates promoted Beast Games Season 1 with an eight-day world tour, which included events at eight locations across the United States and the world:

    a. December 12, 2024 in New York City;

    b. December 13, 2024 in Toronto, Canada;

    c. December 14, 2024 in Buenos Aires, Argentina;

    d. December 15, 2024 in Istanbul, Turkey;

    e. December 16, 2024 in Sydney, Australia;

    f. December 17, 2024 in Berlin, Germany;

    g. December 18, 2024 in Santa Monica, California;

    h. December 19, 2024 in Houston, Texas, which included a drone show, exclusive screening, and synchronized light displays on

- 2 -
DECLARATION OF DAMIEN ATKINS

Houston landmarks for the "grand finale" of the tour and the official premiere of Beast Games Season 1.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 5/14/2025 | 9:07:37 PM CDT day of May, 2025.

Signed by:
*Damien Atkins*
4AA260191FA0441...
Damien Atkins

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

# EXHIBIT A TO BE FILED UNDER SEAL