MARIA C. RODRIGUEZ (SBN 194201)
mcrodriguez@mwe.com
ELVIRA R. KRAS (SBN 320390)
ekras@mwe.com
ARIEL BEVERLY (SBN 324656)
abeverly@mwe.com
CLAIRE M. HAGAN (SBN 357561)
chagan@mwe.com
**MCDERMOTT WILL & EMERY LLP**
2049 Century Park East, Suite 3200
Los Angeles, CA 90067-3206
Telephone:  +1 310 277 4110
Facsimile:  +1 310 277 4730

Attorneys for Specially Appearing Defendants
MRB2024, LLC AND OFF ONE'S BASE, LLC

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTESTANT 1, a California resident, CONTESTANT 2, a California resident, CONTESTANT 3, a California resident, CONTESTANT 4, a California resident, CONTESTANT 5, a United States resident, CONTESTANT 6, a United States resident, each individually and on behalf of all others similarly situated,<br><br>                        Plaintiffs,<br><br>       v.<br><br>MRB2024, LLC, a North Carolina Limited Liability Company; OFF ONE'S BASE, LLC, a, North Carolina Limited Liability Company; AMAZON ALTERNATIVE LLC, a California Limited Liability Company; MYSTICART PICTURES, LLC and DOES 1-100, inclusive,<br><br>                        Defendants. | CASE NO.  **2:25-cv-03051-CV-KES**<br><br>**DECLARATION OF ELVIRA R. KRAS IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS MRB2024, LLC AND OFF ONE'S BASE, LLC'S MOTION TO DISMISS**<br><br>*[Filed concurrently with (1) Notice of Motion, (2) Motion to Dismiss, (3) Declaration of Damien Atkins, and (4) [Proposed] Order]* |

# DECLARATION OF ELVIRA R. KRAS

I, Elvira R. Kras, declare as follows:

1. I am an attorney at the law firm of McDermott, Will & Emery LLP, counsel for Specially Appearing Defendants MrB2024, LLC ("MrB2024") and Off One's Base, LLC ("Off One's Base") (collectively, "Specially Appearing Defendants") in the above entitled action. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, I could and would testify competently thereto.

2. I submit this declaration in support of Specially Appearing Defendants Motions to Dismiss this action.

3. On September 16, 2024, Plaintiffs initiated this action, alleging, among other things, causes of action for employment/wage violations, sexual harassment, failure to prevent sexual harassment, negligent infliction of emotional distress, unfair business practices, false advertising, and declaratory relief.

4. On September 23, 2024, Plaintiffs filed a First Amended Complaint ("FAC"), which, among other things, added a new cause of action for unfair business practices arising out of the unfair influence of the outcome of the competition.

5. On February 7, 2025, the parties met for a legal evaluative videoconference with Ret. Judge Jeff Winikow wherein the parties discussed topics such as whether California has personal jurisdiction over Specially Appearing Defendants, whether California is the proper venue for this action, and whether California law should govern this action.

6. On March 6, 2025, Specially Appearing Defendants MrB2024, Off One's Base, and Amazon accepted service of the Summons and Complaint via Notice and Acknowledgment of Receipt ("NAR").

7. On April 7, 2025, Plaintiffs filed the Second Amended Complaint ("SAC") and Specially Appearing Defendants removed this action to this Court.

- 1 -
DECLARATION OF ARIEL BEVERLY IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS MRB2024, LLC AND OFF ONE'S BASE, LLC'S MOTION TO DISMISS

8. On May 6, 2025, my colleagues and I met with Plaintiffs' counsel by videoconference to further meet and confer per the requirements of Local Rule 7-3.

9. As part of those further meet and confer efforts, the parties discussed personal jurisdiction over Specially Appearing Defendants and the applicability of California law to Plaintiffs' claims.

10. Specially Appearing Defendants maintain that, respectfully, this Court cannot exercise personal jurisdiction over them because Specially Appearing Defendants are not "at home" in California as both are organized under North Carolina with their principal places of business in North Carolina, they do not maintain de facto headquarters in Los Angeles, and the residence of Plaintiffs is not dispositive. Nor does the conduct alleged to give rise to the claims in the SAC arise from conduct that occurred in California and the choice of law clause and arbitration forum selection clause in the Contestant Agreement and Release ("Agreement") do not satisfy purposeful availment. Additionally, potential prospective conduct does not suffice to enable this Court to exercise personal jurisdiction over Specially Appearing Defendants. Plaintiffs disagree and maintain that this Court can exercise personal jurisdiction over Specially Appearing Defendants.

11. Specially Appearing Defendants also maintain that California law will not apply extraterritorially to events which occurred in Nevada, Canada, and Panama. Further, the choice-of-law clause in the Agreement does not govern every dispute that may arise between the parties and the choice-of-law clause is not determinative of applicable law. When applying California law for the choice-of-law analysis, the result is that California law does not apply to Plaintiffs' claims in the SAC, both under the balancing test California courts use to determine governing law and due to the extraterritoriality. Finally, Contestants, including Plaintiffs, signed valid and enforceable releases that bar the claims asserted under the UCL and alleged "false advertising." Plaintiffs disagree.

- 2 -
DECLARATION OF ARIEL BEVERLY IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS MRB2024, LLC AND OFF ONE'S BASE, LLC'S MOTION TO DISMISS

1   I declare under penalty of perjury under the laws of the State of California that
2   the foregoing is true and correct.
3   Executed this 14th day of May, 2025.

6                                   */s/ Elvira R. Kras*
7                                   Elvira R. Kras

McDermott Will & Emery LLP
Attorneys At Law
Los Angeles

- 3 -
DECLARATION OF ARIEL BEVERLY IN SUPPORT OF SPECIALLY APPEARING DEFENDANTS MRB2024, LLC AND OFF ONE'S BASE, LLC'S MOTION TO DISMISS