# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTESTANT 1, a California resident, CONTESTANT 2, a California resident, CONTESTANT 3, a California resident, CONTESTANT 4, a California resident, CONTESTANT 5, a United States resident, CONTESTANT 6, a United States resident, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MRB2024, LLC, a North Carolina Limited Liability Company; OFF ONE'S BASE, LLC, a, North Carolina Limited Liability Company; AMAZON ALTERNATIVE LLC, a California Limited Liability Company; MYSTICART PICTURES, LLC and DOES 1-100, inclusive,<br><br>Defendants. | CASE NO. **2:25-cv-03051-CV-KES**<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANTS MRB2024, LLC'S AND OFF ONE'S BASE, LLC'S MOTION TO DISMISS**<br><br>*[Filed concurrently with (1) Notice of Motion. (2) Motion to Dismiss, (3) Declaration of Damien Atkins, and (4) Declaration of Elvira R. Kras.]* |

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
LOS ANGELES

# [PROPOSED] ORDER

On July 18, 2025 Specially Appearing Defendants MrB2024, LLC and Off One's Base, LLC (together, "Specially Appearing Defendants") filed their Motion to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)6) (the "Motion").

The Court, having considered Specially Appearing Defendants' Motion and finding good cause therefore, hereby GRANTS the Motion and ORDERS as follows:

1. Specially Appearing Defendants are dismissed from the above-captioned action because there are no grounds for the Court to exercise general or specific jurisdiction over Specially Appearing Defendants; and thus, the Court has no personal jurisdiction over them; and

2. The above-captioned action and all causes of action therein are dismissed with prejudice for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED.**

Dated:_____

HONORABLE CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE