UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTESTANT 1, a California resident, CONTESTANT 2, a California resident, CONTESTANT 3, a California resident, CONTESTANT 4, a California resident, CONTESTANT 5, a United States resident, CONTESTANT 6, a United States resident, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MRB2024, LLC, a North Carolina Limited Liability Company; OFF ONE'S BASE, LLC, a North Carolina Limited Liability Company; AMAZON ALTERNATIVE LLC, a California Limited Liability Company; MYSTICART PICTURES, LLC and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03051 CV (KESx)<br><br>**ORDER DENYING WITHOUT PREJUDICE DEFENDANT AMAZON ALTERNATIVE LLC'S AND SPECIALLY APPEARING DEFENDANTS' MRB2024, LLC AND OFF ONE'S BASE, LLC APPLICATIONS FOR LEAVE TO FILE DOCUMENT UNDER SEAL [DOC # 18; DOC. # 21]** |

On May 14, 2025, Defendant Amazon Alternative LLC ("Amazon") filed an Application for Leave to File Under Seal pursuant to Local Rule 79-5.2.2 (Doc. # 18, "Amazon Application") and a supporting declaration of Stephen Franz (Doc. # 19). On May 14, 2025, Specially Appearing Defendants MRB2024, LLC and Off One's Base, LLC (collectively "Specially Appearing Defendants") also filed an Application for Leave to File Documents Under Seal (Doc. # 21 "Specially Appearing Defendants' Application"), and a supporting declaration of Elvira Kras (Doc. # 22). Both the Amazon Application and the Specially Appearing Defendants' Application seek leave of the Court to file under seal in its entirety a Contestant Agreement and Release.

The Court, having considered the Amazon Application, the Specially Appearing Defendants' Application, and all related supporting materials, DENIES WITHOUT PREJDUICE the Amazon Application and the Specially Appearing Defendants' Application. Amazon and the Specially Appearing Defendants have not provided an adequate explanation for why the Court must seal the entire document rather than redacting sensitive portions. Amazon and the Specially Appearing Defendants are hereby ORDERED to confer before filing any renewed application to seal and are encouraged to agree to a joint filing pursuant to Local Rule 79-5.2.2 that is narrowly tailored to seal only the portions of the Contestant Agreement and Release that contain sealable information.

**IT IS SO ORDERED**.

Dated: 5/28/25

_Cynthia Valenzuela_
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1