ROBERT N. PAFUNDI, ESQ. (SBN 102847)
 Robert@PafundiLawFirm.com
**PAFUNDI LAW FIRM, APC**
11693 SAN VICENTE BLVD., SUITE 824
LOS ANGELES, CALIFORNIA 90049
TEL:(424) 832-3502

LIZELLE S. BRANDT, ESQ. (SBN 228250)
 Lizelle@SingianLaw.com
**SINGIAN LAW**
1055 E. COLORADO BLVD., SUITE 500
PASADENA, CA 91106
TEL: (626) 844-5050

COURTNEY STUART-ALBAN, ESQ. (SBN 225513)
 Courtney@StuartAlbanLaw.com
**STUART ALBAN LAW, PC**
87 N. RAYMOND AVENUE, SUITE 200
PASADENA, CA 91103
TEL: (323) 405-9898

ARTHUR Y. WHANG, ESQ. (SBN 203916)
 Arthur@WhangLaw.com
**WHANG LAW FIRM, PC**
5850 CANOGA AVENUE, SUITE 400
WOODLAND HILLS, CA 91367
TEL: (310) 479-7300

Attorneys for Plaintiffs MATTHEW RIVERA, KESHWAN CLARK, KORY INGRAM, JANE HURST, GABRIELLE MATHEWS, JORDAN SANTANA, APRIL HOLLOWAY, and the Proposed Class and Subclasses

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTESTANT 1, a California resident, CONTESTANT 2, a California resident, CONTESTANT 3, a California resident, CONTESTANT 4, a California resident, CONTESTANT 5, a United States resident, CONTESTANT 6, a United States resident, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MRB2024, LLC, a North Carolina Limited Liability Company; OFF ONE'S BASE, LLC, a North Carolina Limited Liability Company; AMAZON ALTERNATIVE LLC, a California Limited Liability Company; MYSTICART PICTURES, LLC and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-03051 CV(MBKx)<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT SECOND AMENDED APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Assigned to the Hon. Cynthia Valenzuela<br><br>State Action Removed: April 7, 2025 |

Plaintiffs respectfully submit this Opposition to Defendants' Joint Second Amended Application for Leave to File Under Seal [ECF No. 43], which is Defendants' third attempt after two denials by this Court.

## I.   INTRODUCTION

Defendants have now sought to seal portions of the Beast Games Contestant Agreement ("BGA") for the third time. Defendants' application fails for two reasons:

(1)   The Beast Games Contestant Agreement ("BGA") has already been published, and publicly analyzed, undermining any claim of confidentiality; and

(2)   Notwithstanding the BGA's prior public release, on April 6, 2025, Defendants stipulated that Plaintiffs may use the BGA and information related to their participation in Beast Games in this litigation, including in depositions, pleadings, discovery, motions, and trial, as well as to reference and directly quote BGA provisions in the unredacted Second Amended Complaint [ECF No. 29-1 pp. 9-88]

Because the BGA was already released publicly, and because Defendants have stipulated to Plaintiffs' use of its provisions in this litigation, Defendants' latest effort to seal those same terms lacks merit and should be denied, with prejudice.

## II.   ARGUMENT

### A.   The BGA has already been published and publicly analyzed, defeating any claim of confidentiality.

The BGA was already released to the public on BusinessInsider.com[1] on December 19, 2024. In the aftermath, additional media outlets, including Dexerto[2] and

---

[1] Perelli, Amanda, *Leaked MrBeast docs reveal contestant terms for 'Beast Games' – including a $500K penalty for divulging info*, Business Insider, https://www.businessinsider.com/mrbeast-docs-reveal-contestant-terms-beast-games-preliminary-filming-2024-12 (Dec. 19, 2024); see also alternative archived link from Internet Archives: https://web.archive.org/web/20241219085637/https://www.businessinsider.com/mrbeast-docs-reveal-contestant-terms-beast-games-preliminary-filming-2024-12

[2] Gwilliam, Michael, *Leaked Beast Games entry rules reveal $500K penalty for contestants who disclose info*, Dexerto, https://www.dexerto.com/youtube/leaked-beast-games-entry-rules-reveal-500k-penalty-for-contestants-who-disclose-info-3012485/ (Dec. 19, 2024).

Unilad,[3] covered the release, featuring commentary from an outside attorney (not any of the counsel of record) who analyzed specific provisions of the BGA that was released. Around the same time, Reddit users also made note of the release of the BGA by BusinessInsider.com, and discussed the agreement's terms[4], reflecting widespread public access and scrutiny. In light of this broad dissemination across online media and online forums, the BGA can no longer be considered confidential.

### B. Defendants stipulated to Plaintiffs' use of the BGA in this litigation, including the unredacted Second Amended Complaint, which repeatedly makes reference to and quotes the BGA.

Notwithstanding the fact that the BGA was released to the public on December 19, 2024, prior to the case even being removed on April 6, 2025, Defendants stipulated to Plaintiffs' unredacted use of the BGA during the course of this litigation, including direct quoting of, the same BGA's terms that give rise to Plaintiffs' claims the Second Amended Complaint ("SAC") as not violating the terms of the BGA non-disclosure agreement clauses ("Stipulation"), making Defendants' attempts to redact these provisions they highlighted, which *do* give rise to the allegations in the SAC, curious.

Specifically, Defendants have stipulated that "the Parties agree to a limited waiver of any confidentiality provision to which Plaintiffs allegedly agreed… concerning Plaintiffs' use or disclosure of information or trade secrets obtained or learned as a result of Plaintiffs' participation in the Beast Games or 'Program,'" as well as Plaintiffs' "use of the BGA and such information related to Plaintiffs' participation in the Program in the Litigation," including "in depositions, pleadings, discovery, trial and motions," in addition to all references and direct quotes to BGA clauses in the unredacted Second Amended Complaint. *See* Figure 1, *infra*. *See also* Plaintiffs' counsel Robert N.

---

[3] Brown, Emily, *Leaked document from MrBeast's gameshow reveals the 'humiliating' terms contestants had to agree to*, Unilad, https://www.unilad.com/celebrity/news/mrbeast-games-prime-leaked-document-contestant-terms-864810-20241220 (Dec. 20, 2024).

[4] *Leaked MrBeast docs reveal 'Beast Games' contestant terms – including a $500K penalty for divulging info*, REDDIT https://www.reddit.com/r/h3h3productions/comments/1hj1xz3/leaked_mrbeast_docs_reveal_beast_games_contestant/ (posted approximately 9 months ago, last visited Sep. 11, 2025).

2
PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND AMENDED APPLICATION FOR LEAVE TO FILE UNDER SEAL

Pafundi's June 27, 2025 Declaration in support of Plaintiffs' Opposition to MrB2024, LLC's and Off One's Base's Motion to Dismiss [ECF No. 29-1 at p. 5]:

> 10. On or about April 6, 2025, Defendants stipulated to the filing of the unredacted second amended complaint ("SAC"). On April 7, 2025, Defendants removed the matter to federal court. As part of this stipulation Defendants agreed to a limited waiver of the BGA confidentiality provisions as follows:
>
> … the Parties further agree to a limited waiver of any confidentiality provision to which Plaintiffs allegedly agreed, including without limitation the provisions of Paragraph 18 of the Beast Games Contestant Agreement (referred to as the "BGA" in the SAC) concerning the Plaintiffs' use or disclosure of information or trade secrets obtained or learned as a result of Plaintiffs' participation in the Beast Contests or "Program" as defined in the BGA. This limited waiver shall only be for use of the BGA and such information related to Plaintiffs' participation in the Program in the Litigation in depositions, pleadings, discovery, trial and motions, and not for any business, personal, or other purpose whatsoever. The Parties further understand that by their agreement to this limited waiver, Plaintiffs will file an unredacted version of the SAC with the court and not move to seal the unredacted SAC;

Figure 1

Plaintiffs find it curious that Defendants are now attempting to redact portions of the BGA, when each of the portions Defendants seeks to redact gives rise to claims raised by Plaintiffs in the SAC, which is expressly allowed by the parties' Stipulation. See *id.* and Figure 1.

Specifically, and in the same order that the redactions are sought, the SAC raises issues related to:

- Liquidated damages provision, legality (See SAC at ECF No. 29-1 at 16:21-27, 39:1-2, 76);
- Release, legality (See *id.* at 36:17-37:4, 27-28, 80:20-21; 84:10)
- Background check (See *id.* at 24:17-18, 33:5-6)
- Work conditions and protocols (See *id.* at 25:24-26:2, 28:21-34:22;) including who had control over the Contestant-Workers (See *id.* at 24:24-26:2), including

who could be hired (See *id.* at 25:3-6), procedures that affected working conditions (See *id.* at 25:9-11), compensation of the Contestant Workers (*id.*), actions producers were allowed to take (See *id.* at 24:24-26:2)

The broad terms of the April 6, 2025 Stipulation allows Plaintiffs to "**use the BGA** and such information related to Plaintiffs' participation in the Program in the Litigation" without any limitation as it relates to litigation proceedings, and in fact, expressly states that such use is allowed "in depositions, **pleadings**, discovery, trial and motions." (See Figure 1, *supra*, emphasis added.) Defendants stipulated to this exact use, and they are bound to the terms of the stipulation.

### III.   CONCLUSION

The BGA was released to the public on December 19, 2024, and its contents reported by news outlets and discussed on Reddit, eliminating any claim of confidentiality. Additionally, the very provisions Defendants now seek to redact are those forming the basis of the SAC allegations, terms that, on April 6, 2025, Defendants expressly stipulated Plaintiffs may use throughout this litigation without violating any confidentiality provisions. A fourth attempt to seal these provisions is both futile and improper. The Application should be denied, with prejudice.

//
//
//
//
//
//
//
//
//
//
//

4

PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND AMENDED APPLICATION FOR LEAVE TO FILE UNDER SEAL

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Date: September 11, 2025 | PAFUNDI LAW FIRM, APC |
| 3 |  | SINGIAN LAW |
|   |  | STUART ALBAN LAW, PC |
| 4 |  | WHANG LAW FIRM, PC |

By: /s/ Robert N. Pafundi[5]
    Robert N. Pafundi
    Lizelle S. Brandt
    Courtney Stuart-Alban
    Arthur Y. Whang
Attorneys for Plaintiffs and all others similarly situated.

---

[5] *Pursuant to Local Rule 5-4.3.4(a)(2)(i), all other signatories listed concur in the filing of this document and have authorized the undersigned to file it on their behalf.*

PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND AMENDED APPLICATION FOR LEAVE TO FILE UNDER SEAL