Robert N. Pafundi, Esq. (SBN 102847)
Robert@PafundiLawFirm.com
**PAFUNDI LAW FIRM, APC**
11693 San Vicente Blvd., Suite 824
Los Angeles, California 90049
Tel: (424) 832-3502

Lizelle S. Brandt, Esq. (SBN 228250)
Lizelle@SingianLaw.com
**SINGIAN LAW**
1055 E. Colorado Blvd., Suite 500
Pasadena, CA 91106
Tel: (626) 844-5050

Courtney Stuart-Alban, Esq. (SBN 225513)
Courtney@StuartAlbanLaw.com
**STUART ALBAN LAW, PC**
87 N. Raymond Avenue, Suite 200
Pasadena, CA 91103
Tel: (323) 405-9898

Arthur Y. Whang, Esq. (SBN 203916)
Arthur@WhangLaw.com
**WHANG LAW FIRM, PC**
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Tel: (310) 479-7300

Attorneys for Plaintiffs MATTHEW RIVERA, KESHWAN CLARK, KORY INGRAM, JANE HURST, GABRIELLE MATHEWS, JORDAN SANTANA, APRIL HOLLOWAY, and the Proposed Class and Subclasses

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTESTANT 1, a California resident, CONTESTANT 2, a California resident, CONTESTANT 3, a California resident, CONTESTANT 4, a California resident, CONTESTANT 5, a United States resident, CONTESTANT 6, a United States resident, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>MRB2024, LLC, a North Carolina Limited Liability Company; OFF ONE'S BASE, LLC, a North Carolina Limited Liability Company; AMAZON ALTERNATIVE LLC, a California Limited Liability Company; MYSTICART PICTURES, LLC and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-03051 CV(MBKx)<br><br>**PLAINTIFFS' SUPPLEMENTAL FILING IN OPPOSITION TO DEFENDANTS' JOINT SECOND AMENDED APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>Assigned to the Hon. Cynthia Valenzuela<br><br>State Action Removed: April 7, 2025 |

## I. INTRODUCTION

On September 11, 2025, Plaintiffs filed their Opposition to Defendants' Joint Second Amended Application for Leave to File Under Seal [ECF No. 45]. Plaintiffs submit this supplemental filing to clarify their position regarding one narrow issue: Although Plaintiffs continue to oppose Defendants' overbroad sealing request, they do not object to redacting the private contact information and other sensitive personal details of the individual Plaintiff referenced in Defendants' Application documents [ECF No. 43].

## II. CLARIFICATION

Plaintiffs have no objection to shielding truly private information, such as residence addresses, contact details, or sensitive medical data, or any other sensitive individual data, that is irrelevant to the public's right of access. Those limited redactions are consistent with Local Rule 79-5 and this Court's procedures.

What Plaintiffs oppose is the wholesale redaction Defendants seek for substantive provisions of the Beast Games Contestant Agreement ("BGA"), for the reasons set forth in Plaintiffs' Opposition [ECF No. 45]. Such information was made public nine months ago, it has been the subject of public discussion, and, as Defendants stipulated, Plaintiffs' "use of the BGA" in this litigation and in pleadings, does not violate any confidentiality obligations [*id.* at 3, Fig. 1].

## III. CONCLUSION

For the reasons set forth in Plaintiffs' Opposition, Defendants' Joint Second Amended Application for Leave to File Under Seal should be denied, except that

//
//
//
//
//

1

Plaintiffs do not object to the redaction of private contact information and other sensitive personal details of the individual Plaintiff referenced in Defendants' Application documents.

Date: September 22, 2025

Respectfully submitted,

PAFUNDI LAW FIRM, APC
SINGIAN LAW
STUART ALBAN LAW, PC
WHANG LAW FIRM, PC

By: /s/ Robert N. Pafundi[1]
    Robert N. Pafundi
    Lizelle S. Brandt
    Courtney Stuart-Alban

Attorneys for Plaintiffs and all others similarly situated.

---

[1] *Pursuant to Local Rule 5-4.3.4(a)(2)(i), all other signatories listed concur in the filing of this document and have authorized the undersigned to file it on their behalf.*

PLAINTIFFS' OPPOSITION TO DEFENDANTS' SECOND AMENDED APPLICATION FOR LEAVE TO FILE UNDER SEAL